**86-297.** State v. Farley. *Knox County,* No. 85-CA-09. On motion for rehearing. Rehearing denied.

**86-1009.** State, ex rel. Wean United, Inc., v. Indus. Comm. *Franklin County,* No. 85AP-521. Reported at 37 Ohio St. 3d 203, 524 N.E. 2d 896. On motion for rehearing. Rehearing denied.

Sweeney and Douglas, JJ., dissent.

Moyer, C.J., and H. Brown, J., not participating.

**86-1846.** State v. Hamblin. *Cuyahoga County,* No. 49975. Reported at 37 Ohio St. 3d 153, 524 N.E. 2d 476. On motion for rehearing. Rehearing denied.

**87-435.** Westbrook v. Prudential Ins. Co. of America. *Cuyahoga County,* No. 52205. Reported at 37 Ohio St. 3d 166, 524 N.E. 2d 485. On motion for rehearing. Rehearing denied.

**87-455.** Bostic v. Connor. *Lucas County,* No. L-86-112. Reported at 37 Ohio St. 3d 144, 524 N.E. 2d 881. On motion for rehearing. Rehearing denied.

**88-693.** Lewis v. Seiter. In Habeas Corpus. Reported at 37 Ohio St. 3d 707, ____ N.E. 2d ____. On motion for rehearing. Rehearing denied.

**88-730.** Roofing Wholesale, Inc. v. Rawers. *Hamilton County,* No. C-870410. Reported at 37 Ohio St. 3d 716, ____ N.E. 2d ____. On motion for rehearing. Rehearing denied.

Locher, J., dissents.

**88-802.** State, ex rel. O'Leary, v. Spicer. In Prohibition. Reported at 38 Ohio St. 3d 705, ____ N.E. 2d ____. On motion for rehearing. Rehearing denied.

**88-823.** McKelvey v. Spitzer Motor Ctr., Inc. *Cuyahoga County,* No. 52646. Reported at 37 Ohio St. 3d 716, ____ N.E. 2d ____. On motion for rehearing. Rehearing denied.

Moyer, C.J., Wright and H. Brown, JJ., dissent.